UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAWRENCE ADLER and** | ) | |
| **LORI ADLER** | ) | **CIVIL ACTION NO.** |
| | ) | **3:17-cv-00561-VLB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NISSAN NORTH AMERICA, INC.** | ) | |
| | ) | **JULY 10, 2018** |
| | ) | |

## PLAINTIFF'S MOTION TO QUASH SUBPOENAS

### A.   GENERAL BACKGROUND

Pursuant to Fed. Rule Civ. P. § 45(d)(3), plaintiff Lawrence Adler files the instant motion.

This case involves a claim for personal injuries as a result of a defective design in a 2013 Nissan Infiniti M56X. More specifically, the plaintiff alleges that when he shut off and exited the vehicle, it proceeded to roll backwards. The plaintiff tried to re-enter the vehicle to stop it, but was instead dragged by the vehicle before falling to the ground and sustaining serious injuries which required surgery and rehabilitation.

### B.   BACKGROUND OF THE INSTANT MOTION

#### 1.  Subpoenas for prior medical records

Between April 25, 2018 and July 6, 2018, the above-named defendant issued subpoenas to 18 of Mr. Adler's medical providers, seeking records from 10 years prior to the date of the incident. Copies of the subpoenas are attached as Exhibit A hereto.

1

In the course of discovery, the defendant served Interrogatories and Requests for Production on the plaintiff on August 29, 2017 seeking, in part, the same information now requested in the subpoenas.  On September 13, 2017, the plaintiff responded with his objections to the discovery requests.  Relevant to this motion, the plaintiff objected to Request for Production 10 as follows:

> 10.    All medical records, hospital records, physicians' records, physical therapy records, or other records from any and all health care providers regarding your medical treatment and/or care from ten years prior to the Incident to the present (you may comply with this request by providing appropriate executed authorizations for the release of your medical records for each health care provider).
> **RESPONSE: The plaintiff objects to this request for production on the grounds that it is overly broad, unduly burdensome and seeks information concerning injuries or conditions which are unrelated to the injuries suffered by the plaintiff as alleged in the Complaint; and, information concerning unrelated injuries or conditions is irrelevant and beyond the scope of permissible discovery.**

At no point in time following the plaintiff's objections did defense counsel ever "meet and confer" with plaintiff's counsel to resolve this objection, nor did they file a motion with the court to address the discovery dispute.  Instead, the defendant issued subpoenas directly to the health care providers.  By issuing subpoenas, the defendant circumvented the plaintiff's objections and his right to review the records and produce only records which are relevant to the claims in this case.

Where the defendant has sought to obtain medical records through discovery, and the plaintiff objects, the defendant should be required to follow the steps provided in the Federal and Local Rules for resolving such disputes, and not be permitted to issue subpoenas for information they may not be otherwise entitled to under the rules of discovery.

2

### 2. **Subpoena for employment/financial information**

The defendant also issued a subpoena directed to the Keeper of Records of the business Mr. Adler founded and manages, Adler Law Group, LLC, on April 30, 2018. A copy of this subpoena is attached as <u>Exhibit B</u> hereto. This subpoena seeks to obtain 17 different categories of documents regarding the law firm's income, billing records, payroll and compensation information for Mr. Adler and other employees for 4-6 years. This request is unduly burdensome. Further, Mr. Adler is not pursuing a claim for lost wages or impaired earning capacity, so any financial information which would bear on Mr. Adler's business income is not relevant to the case. Therefore, the plaintiff requests that this subpoena be quashed.

## C.  **LEGAL ARGUMENT**

Federal Rules of Civil Procedure 45(c)(3)(A) states that, "[o]n timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it ... (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or . . . (iv) subjects a person to undue burden."

Here, the plaintiff clearly has a personal privacy right and privilege with respect to the information contained in his medical records which are unrelated to his claims in this case. Congress specifically recognized the importance of protecting the privacy of patient records in the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public L. No. 104-191. HIPAA provides safeguards for the disclosure of protected health information, which includes the records of plaintiff's past condition and medical treatment received. *See* 45 C.F.R. 160.103 (2011). The plaintiff objected to defendant's request for production specifically because

3

the overbroad request encompassed information that is protected under HIPAA and covers medical conditions which are not relevant to this case.

Courts have also recognized the privacy interest in salary information and personnel records. *See A&R Body Specialty and Collision Works, Inc. v. Progressive Casualty Ins. Co.*, No. 3:07CV929, 2013 WL 6511934 (D. Conn. Dec. 12, 2013*); Badr v. Liberty Mutual Group, Inc.*, No. 3:06CV1208, 2007 WL 2904210 (D. Conn. Sep. 28, 2007). In addition to being unduly burdensome to Mr. Adler's business, the plaintiff asserts that he has a privacy interest in the records sought as they relate to his financial status which is not at issue in this case.

**D.    CONCLUSION**

For the foregoing reasons, the plaintiff's Motion to Quash should be granted.

THE PLAINTIFFS,

By:   _/s/ J. Craig Smith_
J. Craig Smith
Federal Bar No. ct26662
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
Fax: 203-368-3244
Email: csmith@koskoff.com

## CERTIFICATION

This is to certify that on July 10, 2018, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ J. Craig Smith

J. Craig Smith (ct26662)

# EXHIBIT A

AO 88A  (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:17-cv-00561-VLB |
| | ) | |
| Nissan North America, Inc. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Dr. Ronald L. Buckman
Bolton Family & Sports Medicine, 921 Boston Turnpike, Bolton, CT

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Hermes, Netburn, O'Connor & Spearing, P.C. 100 Pearl Street, 14th Floor, Hartford, CT | Date and Time: 07/25/2018 1:00 pm |
|---|---|

The deposition will be recorded by this method:  stenographically

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  07/06/2018

CLERK OF COURT

OR

_____          *Bradh Graham*
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor, Boston, MA 02110  (617) 728-0050  bgraham@hermesnetburn.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | Civil Action No.   3:17-cv-00561-VLB |
| v. | ) | |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Gary E. Russolillo, M.D.
970 Farmington Avenue, West Hartford, CT  06107

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 06/08/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  5/15/2018

CLERK OF COURT

                    OR    *Bradh V Graham*

_____          _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA 02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) |
| Nissan North America, Inc. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   3:17-cv-00561-VLB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      CVS
525 Buckland Road, South Windsor, CT  06074

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Schedule A.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 06/08/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  5/15/2018

CLERK OF COURT

OR

_____              _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*

Nissan North America, Inc.                                           , who issues or requests this subpoena, are:

Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA  02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

You are commanded to produce the following documents, electronically stored information, and/or objects (collectively, "Documents") pursuant to the subpoena to which this Schedule A is attached, for the period from April 10, 2004, to the present:

1.  All prescriptions written for Lawrence Adler (D.O.B. 06/16/1960) (hereinafter, "Mr. Adler");

2.  All Documents evidencing prescriptions written for Mr. Adler;

3.  All Documents evidencing prescriptions filled for Mr. Adler;

4.  All Documents evidencing the date on which each prescription was filled for Mr. Adler;

5.  All Documents identifying the prescription medications provided to Mr. Adler;

6.  All Documents evidencing the quantity of each prescription medication provided to Mr. Adler;

7.  All Documents evidencing the prescribed dosage for each prescription medication provided to Mr. Adler;

8.  All Documents evidencing the medical condition(s) for which each prescription medication provided to Mr. Adler was prescribed;

9.  All Documents identifying the medical providers who issued prescriptions for Mr. Adler;

10. All correspondence related to Mr. Adler that were received from or directed to Mr. Adler's medical providers;

11. All bills for prescriptions filled for Mr. Adler;

12. All records of payment for prescriptions filled for Mr. Adler;

13. Copies of all Patient Prescription Records for Mr. Adler.

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | Civil Action No.   3:17-cv-00561-VLB |
| v. | ) | |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                         Hartford Hospital Rehabilitation Network
                         1559 Sullivan Avenue, South Windsor, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq.<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street, 7th Floor, Boston, MA  02110 | Date and Time:<br><br>05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

| CLERK OF COURT | |
|---|---|
| | OR   *Bradl V Graham* |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Ambulance Service of Manchester
275 New State Road, Manchester, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA 02110 | Date and Time: 05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

CLERK OF COURT

OR _____

_____                         _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____, who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA 02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.    3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                          Hartford Hospital
                    80 Seymour Street, Hartford, CT

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

| CLERK OF COURT | |
|---|---|
| | OR    _Bradh W Graham_ |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA 02110, bgraham@hermesnetburn.com, (617) 728-0050

## Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:              Retina Consultants, P.C.
                 85 Seymour Street, Hartford, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

                                 CLERK OF COURT

                                                    OR   *Bradford Graham*

_____                    _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                             Eastern Connecticut Health Network
                                71 Haynes Street, Manchester, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA 02110 | Date and Time: 05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

CLERK OF COURT

                                                                    OR

_____                      _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Nissan North America, Inc.                                    , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Manchester Ophthalmology
             732 Main Street, Manchester, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

          All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. | |
| 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

          The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

               *CLERK OF COURT*

                                                          OR    *Bradh W Graham*

          _____                      _____
          *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Nissan North America, Inc. _____, who issues or requests this subpoena, are:
  Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
  02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Michael Martin, MD
            1504 Sullivan Avenue, South Windsor, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

CLERK OF COURT

                                                        OR

_____                  _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Nissan North America, Inc. _____, who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA 02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Minimally Invasive Spine and Neurosurgery
          1000 Asylum Avenue, Hartford, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq.<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street, 7th Floor, Boston, MA  02110 | Date and Time:<br><br>05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

CLERK OF COURT

                                                              OR

_____                    _____
Signature of Clerk or Deputy Clerk                          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Nissan North America, Inc.                                          , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Neurology Consultants/St. Francis Hospital
        1000 Asylum Avenue, Hartford, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA 02110 | Date and Time: 05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

CLERK OF COURT

                                                            OR        *Bradd W Graham*

_____                          _____
*Signature of Clerk or Deputy Clerk*                            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA 02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Hartford HealthCare at Home
1290 Silas Deane Highway, Wethersfield, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. | |
| 265 Franklin Street, 7th Floor, Boston, MA 02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

CLERK OF COURT

OR _Brad W. Graham_

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                              Open MRI of Connecticut
                            124 Hebron Avenue, Glastonbury, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA 02110 | Date and Time: 05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/25/18

                    *CLERK OF COURT*

                                                    OR   *Bradl W Graham*

        _____                         _____
        *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
 Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
 02110, bgraham@hermesnetburn.com, (617) 728-0050

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                PodiatryCare, P.C.
                          1379 Enfield Street, Enfield, CT
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

   All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  *4/25/18*

                CLERK OF COURT

                                            OR    *Bradd W Graham*
_____                _____
     *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
 Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
 02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) |
| Nissan North America, Inc. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   3:17-cv-00561-VLB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:            Neurosurgeons of Central Connecticut
            100 Retreat Avenue, Hartford, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

CLERK OF COURT

OR

_____        _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
                        St. Francis Hospital
                114 Woodland Street, Hartford, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. | |
| 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

            *CLERK OF COURT*

                                        OR    _Bradth W Graham_

        _____                _____
        *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
  Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
  02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Connecticut

| | |
|---|---|
| Lawrence Adler and Lori Adler | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Connecticut Ear, Nose & Throat Associates
              988 Silas Deane Highway, Wethersfield, CT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

> All documents related to the evaluation, treatment, and care of Lawrence Adler (DOB 06/16/1960) from 04/10/2004 to present, including all medical records, reports, test results, imaging, bills, and correspondence.

| Place: Please mail production to: Brad W. Graham, Esq. | Date and Time: |
|---|---|
| Hermes, Netburn, O'Connor & Spearing, P.C. | |
| 265 Franklin Street, 7th Floor, Boston, MA  02110 | 05/21/2018 10:00 am |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/25/18

*CLERK OF COURT*

                                                               OR

_____                      _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:
Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA
02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

# EXHIBIT B

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Lawrence Adler and Lori Adler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:17-cv-00561-VLB |
| Nissan North America, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Keeper of Records for Adler Law Group, LLC
111 Founders Plaza, Suite 1102, East Hartford, CT  06108

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Schedule A.

| Place: Please mail production to: Brad W. Graham, Esq. Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street, 7th Floor, Boston, MA  02110 | Date and Time: 05/21/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/30/2018

CLERK OF COURT

OR _____
Signature of Clerk or Deputy Clerk                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nissan North America, Inc. _____ , who issues or requests this subpoena, are:

Brad W. Graham, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 265 Franklin Street, 7th Floor, Boston, MA 02110, bgraham@hermesnetburn.com, (617) 728-0050

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

You are commanded to produce the following documents, electronically stored information, and/or objects (collectively, "Documents") pursuant to the subpoena to which this Schedule A is attached:

1.  All Documents evidencing the total annual gross income of Adler Law Group, LLC, for each year from 2011 through 2017;

2.  All Documents evidencing the total annual net income of Adler Law Group, LLC, for each year from 2011 through 2017;

3.  Federal tax returns for Adler Law Group, LLC, for each year from 2011 through 2017;

4.  State tax returns for Adler Law Group, LLC, for each year from 2011 through 2017;

5.  All Documents evidencing the total number of hours worked by Lawrence Adler for each year from 2011 through 2017;

6.  All Documents (including but not limited to reports, printouts, or other records) evidencing the total number of hours entered into Adler Law Group, LLC's TABS software (or other legal billing software) for worked performed by Lawrence Adler from 2011 through 2017;

7.  All Documents evidencing the total number of hours billed by Lawrence Adler to clients of Adler Law Group, LLC, for each year from 2011 through 2017;

8.  All Documents evidencing the total net income generated by work performed by Lawrence Adler for each year from 2011 through 2017;

9.  All Documents identifying any paralegals hired by Adler Law Group, LLC (either directly or through a temporary worker service), between April 10, 2014, and the present;

10. As to any and all paralegals hired by Adler Law Group, LLC (either directly or through a temporary worker service) between April 10, 2014, and the present, all Documents evidencing the total compensation paid (including but not limited to wages, bonuses, and the value of any benefits) to each such paralegal;

11. As to any and all paralegals hired by Adler Law Group, LLC (either directly or through a temporary worker service) between April 10, 2014, and the present, all Documents evidencing the number of hours billed by each such paralegal, and the rates charged per hour billed;

12. As to any and all paralegals hired by Adler Law Group, LLC (either directly or through a temporary worker service) between April 10, 2014, and the present, all Documents evidencing the revenue generated by work performed by each such paralegal;

13. All Documents identifying any attorneys hired by Adler Law Group, LLC (either directly or through a temporary worker service), between April 10, 2014, and the present;

14. As to any and all attorneys hired by Adler Law Group, LLC (either directly or through a temporary worker service) between April 10, 2014, and the present, all Documents evidencing the total compensation paid (including but not limited to wages, bonuses, and the value of any benefits) to each such attorney;

15. As to any and all attorneys hired by Adler Law Group, LLC (either directly or through a temporary worker service) between April 10, 2014, and the present, all Documents evidencing the number of hours billed by each such attorney, and the rates charged per hour billed;

16. As to any and all attorneys hired by Adler Law Group, LLC (either directly or through a temporary worker service) between April 10, 2014, and the present, all Documents evidencing the revenue generated by work performed by each such attorney;

17. All Documents evidencing monetary losses to Adler Law Group, LLC, as a result of Lawrence Adler's accident that occurred on or about April 10, 2014.